This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 44
Susan M. Coffed, as Administrator
of the Estate of James B. Coffed,
Deceased,
            Appellant,
        v.
John N. McCarthy et al.,
            Respondents.


        Angelo S. Gambino, for appellant.
        Nicole B. Palmerton, for respondents.


MEMORANDUM:

        The order of the Appellate Division should be reversed, with costs, and defendants' motion for summary judgment denied. The record discloses triable issues of material fact that preclude summary judgment.

- 1 -

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Order reversed, with costs, and defendants' motion for summary
judgment denied, in a memorandum.  Chief Judge DiFiore and Judges
Rivera, Stein, Garcia and Wilson concur.  Judge Fahey took no
part.


Decided May 2, 2017